JOHN H. MCGANN *vs.* BOARD OF ELECTIONS *et al.*

ALFRED B. GOBEILLE *vs.* SAME.

HAROLD E. SHIPPEE *vs.* SAME.

JANUARY 1, 1957.

PRESENT: Flynn, C. J., Condon, Andrews and Paolino, JJ.

ANDREWS, J. dissents on the ground that the petitioners did not preserve the right to question here the constitutionality of the absentee and shut-in ballots. He agrees, however, that if this question is properly before us then the constitution allows voting of civilian absentee and shut-in voters so called only on election day.

*John C. Burke, Daniel J. Murray,* for petitioners.

*Stephen F. Achille,* for respondent Board of Elections.

*Alfred H. Joslin, Coleman B. Zimmerman, Thomas H. Needham, Ray H. Durfee, Hinckley, Allen, Salisbury & Parsons, Tillinghast, Collins & Tanner, Albert A. Nutini, Harold H. Winsten,* for intervenors.